ROUTH CRABTREE OLSEN
DEREK WONG #
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
PHONE: (808) 532-0090 FAX: (808) 524-0092
dwong@rcolegal.com

Attorneys for Creditor
BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>LEANNE KIM WILLIAMS<br><br>DEBTOR. | CASE NO.: 08-00965<br>**CHAPTER 13**<br><br>**CERTIFICATE OF MAILING**<br><br>Hearing Date: November 18, 2009<br>Hearing Time: 1:30 PM<br>Honorable Judge Robert J. Faris |

CERTIFICATE OF SERVICE
RE: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

The undersigned hereby certifies under penalty of perjury of the laws of the State of Hawaii that I mailed true and correct copies of the BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.'s Motion for Relief from the Automatic Stay and its supporting pleadings, via electronic mail on the 23rd day of October, 2009, to the parties listed below:

Stuart H. Oda
282 Ululani St.
Hilo, HI 96720

Certificate of Service
Page - 1

ROUTH CRABTREE OLSEN
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
TELEPHONE (808) 532-0090 ◆ FACSIMILE (808) 524-0092

United States Trustee
1132 Bishop Street
Honolulu, HI 96813-2830

Howard MS Hu
1132 Bisoph Street, Ste. 301
Honolulu, HI 96813

    And true and correct copies of the following were duly served, postage pre-paid, regular first class mail on the 23rd day of October 2009 to the parties listed on the attached Creditor's Matrix.:

1.     Notice of Motion Re: BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay

2.     Motion for Relief from Automatic Stay

3.     All supporting pleadings

    DATED: Honolulu, Hawaii October 23, 2009.

    By: /s/ Jennifer Ruebel
    Jennifer Ruebel, Assistant to Attorney

Certificate of Service
Page - 2

ROUTH CRABTREE OLSEN
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
TELEPHONE (808) 532-0090 ♦ FACSIMILE (808) 524-0092