Label Matrix for local noticing
0975-1
Case 08-00965
District of Hawaii
Honolulu
Fri Oct 23 15:55:08 HST 2009

American Savings Bank, F.S.B.
c/o Clay Chapman, et al.
700 Bishop Street, Suite 2100
Honolulu, HI 96813-4120

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

USBC Clerk's Office
1132 Bishop Street
Suite 250L
Honolulu, HI 96813-2830

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Savings Bank
Attn: Clyde S. Tanaka, CRS  Dept.
Po Box 2300
Honolulu, HI 96804-2300

Bank Of America
ATTN: BANKRUPTCY DEPT NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Barclays Bank Delaware
ATTENTION:   CUSTOMER SUPPORT DEPARTMENT
Po Box 8833
Wilmington, DE 19899-8833

Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

Chase
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase
ATTN: BANKRUPTCY DEPT
Po Box 100018
Kennesaw, GA 30156-9204

Chex Systems Inc.
Attn: Consumer Relations
7805 Hudson Rd. Ste 100
Woodbury, MN 55125-1703

Department Of Taxation
Attn: Bankruptcy Unit
Po Box 259
Honolulu, HI  96809-0259

Discover Bank/DFS Service LLC
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
ATTENTION:   BANKRUPTCY DEPARTMENT
Po Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Dsnb Macys
ATTN: BANKRUPTCY
6356 Corley Rd
Norcross, GA 30071-1704

FIA Card Services aka Bank of America
by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

First Hawaiian Bank
Loan Recovery Center
PO Box 4070
Honolulu, HI 96812-4070

First Hawaiian Bank
Po Box 3200
Honolulu, HI 96847-0001

First Usa
800 Brooksedge Blvd
Westerville, OH 43081-2822

First Usa
ATTENTION: CORRESPONDENCE/BANKRUPTCY
Po Box 15298
Wilmington, DE 19850-5298

Honolulu Police Fcu
1537 Young St
Honolulu, HI 96826-1934

Honolulu Police Federal Credit Union
1537 Young Street
Honolulu, Hawaii 96826-1934

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jeffrey Williams
C/O Marianita Lopez Esq
66-437 Kamehameha Hwy Ste 209
Haleiwa, HI  96712-1471

| | | |
|---|---|---|
| Kathryn Young<br>Po Box 1757<br>Honolulu, HI 96806-1757 | LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lee Donahue<br>665 Kumukahi Pl<br>Honolulu, HI 96825-1116 |
| Matson Employees Fcu<br>Po Box 30495<br>Tampa, FL 33630-3495 | Mccabe Hamilton Renny FCU<br>Po Box 210<br>Honolulu, HI 96810-0210 | Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830 |
| Sallie Mae Servicing<br>1002 Arthur Dr<br>Lynn Haven, FL 32444-1683 | Sallie Mae, Inc. on behalf of<br>United Student Aid Funds Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes-Barre, PA 18773-9430 | Stuart T. Ing, Esq.<br>1330 Ala Moana Blvd., Ste 202<br>Honolulu, HI 96814-4263 |
| Wash Mutual/providian<br>ATTN: BANKRUPTCY DEPT.<br>Po Box 10467<br>Greenville, SC 29603-0467 | Wash Mutual/providian<br>Po Box 9180<br>Pleasanton, CA 94566-9180 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 |
| Howard M.S. Hu<br>1132 Bishop Street, Suite 301<br>Honolulu, HI 96813-2814 | Leanne Kim Williams<br>95-242 Hoeu Pl.<br>Mililani, HI 96789-1306 | Stuart T. Ing<br>Law Office of Stuart T. Ing<br>1330 Ala Moana Blvd.<br>Ste 301<br>Honolulu, HI 96814-4263 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Po Box 21126
Phildelphia, PA  19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Department of Taxation, State of Hawaii | (u)Honolulu Police Federal Credit Union | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     4<br>Total                  48 | |