**ROUTH CRABTREE OLSEN**
DEREK WONG 4155
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
PHONE: (808) 532-0090 FAX: (808) 524-0092
dwong@rcolegal.com

Attorneys for Creditor
BAC Home Loans Servicing, LP fka
Countrywide Home Loans Servicing, LP,
successor to Countrywide Home Loans, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>LEANNE KIM WILLIAMS<br><br><div align=right>DEBTOR</div> | No.: <u>08-00965</u><br><br>AMENDED CERTIFICATE OF MAILING RE: NOTICE OF FINAL HEARING<br><br>Hearing Date: January 11, 2009<br>Hearing Time: 9:30 AM<br>Honorable Judge Robert J. Faris |

### CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I mailed a

true and correct copy of the Notice of Final Hearing for Relief from Stay by BAC Home Loans

Servicing, LP fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans,

Inc., via electronic mail on the 20th day of November, 2009, to the parties listed below.

United States Trustee
1132 Bishop Street
Honolulu, HI 96813-2830

Howard MS Hu
1132 Bishop St. Ste 301
Honolulu, HI 96813

Stuart H. Ing
1330 Ala Moana Blvd. Ste. 202
Honolulu, HI 96814

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I mailed a true and correct copy of the Notice of Final Hearing for Relief from Stay by BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc., postage pre-paid, regular first class mail on the 19th day of November, 2009, to the parties listed below.

DATED this 19th day of November, 2009.


/s/ Brandi Wood _____
Brandi Wood, Assistant to Attorney


Leanne Kim Williams
95-242 Hoeu Pl.
Mililani, HI 96789

Connie Chia-Ni Chow
Honolulu Police Federal Credit Union
1537 Young St.
Honolulu, HI 96826-1934

ROUTH CRABTREE OLSEN
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
TELEPHONE (808)532-0090 ◆ FACSIMILE (808) 524-0092